# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2017

154259 & (81)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYAN ALFONSO BOOKER,
      Defendant-Appellant.

SC: 154259
COA: 325977
Wayne CC: 14-006851-FC

_____/

      On order of the Court, the motion to file a supplemental brief is GRANTED. The application for leave to appeal the June 30, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017 _____



                    Clerk

p0424